IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXANDER MEYSENBURG, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST MEDICAL TRANSPORT COMPANY, LLC, a Nebraska limited liability company;<br><br>Defendant. | 4:24CV3107<br><br>**FIRST AMENDED FINAL PROGRESSION ORDER** |

This matter is on the parties' Joint Motion to Extend Deadlines (Filing No. 21). For good cause shown, the motion is granted. Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings is **continued** and will now be held with the undersigned magistrate judge on **June 3, 2025** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by May 15, 2025.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is June 2, 2025.

4) The deadline for filing motions to dismiss and motions for summary judgment is July 21, 2025.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 21, 2025.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 14th day of April, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge