IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALEXANDER MEYSENBURG, an
individual;

              Plaintiff,

    vs.

MIDWEST MEDICAL TRANSPORT
COMPANY, LLC, a Nebraska limited
liability company;

              Defendant.

**4:24CV3107**

**ORDER**

Upon notice of settlement given to the undersigned magistrate judge by counsel,

**IT IS ORDERED:**

1. On or before May 8, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 8th day of April, 2026.

           BY THE COURT:

           s/ Ryan C. Carson
           United States Magistrate Judge