# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

ALEXANDER MEYSENBURG, an
individual,

            Plaintiff,

vs.

MIDWEST MEDICAL TRANSPORT
COMPANY, LLC, a Nebraska limited
liability company,

            Defendant.

4:24-CV-3107

JUDGMENT

On the parties' joint motion to dismiss with prejudice (filing 51), this case is dismissed with prejudice.

Dated this 11th day of May, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge